1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
**PEDRO WILLIAM BACA,**                              CIV S-05-0506 DFL KJM P

12                                  Petitioner,      **ORDER**

13          **v.**

14  **A.K. SCRIBNER, Warden, et al.,**

15                                  Respondent.

16
17          GOOD CAUSE APPEARING,

18          IT IS ORDERED that Respondent's application for a 30-day enlargement of time is

19  granted.  The response to the petition for writ of habeas shall be filed on or before March 6,

20  2006.

21  Dated:  January 27, 2006.

22

23          _____
                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

Order
                                             1