IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO WILLIAM BACA,** | CIV S-05-0506 DFL KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **A.K. SCRIBNER, Warden, et al.,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a 30-day enlargement of time to file a response to the petition for writ of habeas corpus in this matter is hereby granted. The response shall be filed on or before April 5, 2006.

Dated: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1