IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO WILLIAM BACA,

    Petitioner,        No. CIV S-05-0506 DFL KJM P

  vs.

A.K. SCRIBNER, Warden, et al.

    Respondents.       <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 28 and May 5, 2006 applications for additional time are granted; and

        2. Petitioner shall file and serve his traverse on or before June 6, 2006.

DATED: May 10, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/mp
baca0506.111(2)