IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO WILLIAM BACA,

    Petitioner,                  No. CIV S-05-506 JAM KJM P

   vs.

A.K. SCRIBNER, Warden,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a document (docket no. 55) which this court construes as a notice of appeal of this court's August 25, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1 | For the reasons set forth in the magistrate judge's March 28, 2008 findings and
2 | recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 | right. Accordingly, a certificate of appealability should not issue in this action.
4 | IT IS SO ORDERED.
5 | DATED: 12/19/2008

7 | /s/ John A. Mendez
  | UNITED STATES DISTRICT JUDGE
8 | /baca0506.830den