IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO WILLIAM BACA,

    Petitioner,            No. CIV S-05-0506 JAM KJM P

  vs.

A.K. SCRIBNER, Warden,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se on appeal from this court's denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner paid the filing fee for the habeas action, but has now asked to proceed in forma pauperis on appeal. Docket No. 59. He has filed a copy of his prison trust account statement, which shows he has current balance of $62.81 and an outstanding restitution debt exceeding $100,000.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

    (B) claims an entitlement to redress; and

    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(2). Petitioner's trust account statement demonstrates his inability to pay as required by the rule and his objections to the magistrate judge's findings and recommendations show what issues petitioner intends to raise on appeal

  Accordingly, petitioner's request to proceed in forma pauperis on appeal is granted.

DATED: April 29, 2009

         /s/ John A. Mendez
         UNITED STATES DISTRICT JUDGE

baca0506.frap24